JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:       (202) 305-0506

BRYAN SCHRODER
United States Attorney

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, | ) Case No. 1:18-cv-0005-HRH )  ) |
| Plaintiffs, | ) DEFENDANTS' RESPONSE TO ) ORDER [ECF No. 35] |
| v. | )  ) |
| EARL STEWART, *et al.*, | )  ) |
| Defendants. | )  ) |

Defs.' Resp. to Order
*SEACC v. Stewart*, No. 1:18-cv-0005-HRH

Case 1:18-cv-00005-HRH   Document 36   Filed 06/07/19   Page 1 of 2

Attached as Exhibit 1 is the Second Declaration of M. Earl Stewart. The declaration is provided in response to this Court's May 10, 2019 Order, ECF No. 35. The declaration states that no timber operator expressed an interest to purchase the Kuiu Timber Sale by the June 5, 2019 deadline, that there are no plans to re-offer the sale, and that the sale is tabled pending a decision on the Central Tongass Project.

Respectfully submitted on this 7th day of June, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ John P. Tustin
JOHN P. TUSTIN
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0506

BRYAN SCHRODER
United States Attorney

*Attorneys for Defendants*

Defs.' Resp. to Order
*SEACC v. Stewart*, No. 1:18-cv-0005-HRH