Erin Whalen (Alaska Bar No. 1508067)
Thomas S. Waldo (Alaska Bar No. 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ewhalen@earthjustice.org
E: twaldo@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EARL STEWART *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00005-HRH |

**PLAINTIFFS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO EARL STEWART'S SECOND DECLARATION**

Plaintiffs move to extend their deadline to file a response to Earl Stewart's second declaration, Doc. 36-1, by 60 days, to October 15, 2019.  This is Plaintiffs' third request for extension.  Doc. 40.  The current deadline is August 16, 2019.  Doc. 41.  The Parties have agreed to terms of settlement to recommend for approval by supervisory officials at the Department of Justice and Department of Agriculture.  The additional time is necessary to seek such approval and finalize the settlement agreement.

Respectfully submitted this 15th day of August, 2019.

*s/ Erin Whalen*
Thomas S. Waldo (Alaska Bar No. 9007047)
Erin Whalen (Alaska Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Plaintiffs Southeast Alaska Conservation Council; The Boat Company; Alaska Rainforest Defenders; Alaska Wilderness League; Center for Biological Diversity; Defenders of Wildlife; Natural Resources Defense Council; and UnCruise Adventures*

*Southeast Alaska Conservation Council et al. v. Stewart et al.,*
Case No. 1:18-cv-00005-HRH

2

Case 1:18-cv-00005-HRH   Document 42   Filed 08/15/19   Page 2 of 2