Erin Whalen (Alaska Bar No. 1508067)
Thomas S. Waldo (Alaska Bar No. 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ewhalen@earthjustice.org
E: twaldo@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EARL STEWART *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00005-HRH |

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiffs Southeast Alaska Conservation Council, The Boat Company, Alaska Rainforest Defenders, Alaska Wilderness League, Center for Biological Diversity, Defenders of Wildlife, Natural Resources Defense Council, and UnCruise Adventures, and Defendants Earl Stewart, in his official capacity as Forest Supervisor for the Tongass National Forest, David Zimmerman, in his official capacity as District Ranger for the Petersburg Ranger District of the Tongass National Forest, the United States Forest Service, and the United States Department of Agriculture, stipulate to the dismissal of

this lawsuit without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 8th day of October, 2019.

*s/ Erin Whalen*
Erin Whalen (Alaska Bar No. 1508067)
Thomas S. Waldo (Alaska Bar No. 9007047)
EARTHJUSTICE

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ John P. Tustin (consent)*
JOHN P. TUSTIN
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Fax: (202) 305-0506

BRYAN SCHROEDER
United States Attorney

*Attorneys for Defendants*