IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.,

                Plaintiffs,

vs.

EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, et al.,

                Defendants.

No. 1:18-cv-0005-HRH

O R D E R

Case Dismissed

Based upon the parties' *Joint Stipulation to Dismiss without Prejudice under Federal Rule of Civil Procedure 41*,[1] filed October 8, 2019,

IT IS ORDERED that the above-captioned case is dismissed without prejudice. Pending motions, if any, are denied. The parties shall bear their respective fees and costs.

DATED this  9th  day of October, 2019.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 44.

Order – Case Dismissed        - 1 -